IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                          CASE NO: 11-70046-HDH-13
DONALD RAY HALL         DATED: December 12, 2013
                                        HEARING DATE: January 16, 2014
                                        HEARING TIME: 10:00 AM

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS" without prejudice to refilling the same, for the Motion dated 12-10-2013.

/s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss was this date served on the following parties electronically or by U.S first class mail:

/s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| Debtor Attorney | United States Trustee |
|---|---|
| MONTE J WHITE | William T. Neary |
| ATTORNEY AT LAW | 1100 Commerce Street,  RM 9C60 |
| 1106 BROOK AVE HAMILTON PLACE | Dallas, TX  75242 |
| WICHITA FALLS TX 76301-0000 | |

| Debtor1: | Debtor 2: |
|---|---|
| DONALD RAY HALL | |
| RT 2 BOX 254 | |
| GRAHAM TX 76450 | |